## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

SALLY D. MOTHERWAY,

        Plaintiff,

vs.                                    CASE NO.:  2:15-cv-68-Ftm-29CM

TEACHERS INSURANCE AND
ANNUITY ASSOCIATION OF
AMERICA – COLLEGE RETIREMENT
AND EQUITIES FUND INDIVIDUAL &
INSTITUTIONAL SERVICES, LLC,

        Defendant/
        Counter/Cross Plaintiff,

vs.

SHERRY A. GOLDIN, Guardian for
Sally D. Motherway, CHRISTINE J.
ENGUSTIAN, Guardian for Sally D. Motherway,
And Beneficiaries JOSEPH E. MOTHERWAY,
SUZANNE M. MURRAY, MELITA A.
MOTHERWAY, MARA A. MOTHERWAY,
Individually and as Temporary Co-Trustee of the
Sally D. Motherway Living Revocable Trust,
WILLIAM D. MOTHERWAY, EDWARD J.
MOTHERWAY, MEGAN MOTHERWAY,
MAVIS MOTHERWAY, CARMEL
MOTHERWAY, and FIRST AMERICAN BANK,
as Temporary Co-Trustee of the Sally D.
Motherway Living Revocable Trust,

        Cross Defendants

_____/

## CROSS-DEFENDANT SHERRY A. GOLDIN
## NOTICE OF PENDENCY OF OTHER ACTIONS

        Cross Defendant Sherry A. Goldin through her undersigned counsel and pursuant to this Court's Order (Dkt. 7) and in accordance with Local Rule 1.04(d), does certify that the instant action:

  X    IS           related to pending or closed civil or criminal case(s) previously filed in the Court, or any other Federal or State court, or administrative agency as indicated below:

*Motherway v. Motherway*, Case No. 13-1346-CA, Circuit Court for 20th Judicial Circuit, Collier County, Florida

*In Re: Estate of Sally D. Motherway*, Case No. 7071, Probate Court of the Town of North Kingston, Washington County, Rhode Island[1]

      IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this **NOTICE OF PENDENCY OF OTHER ACTIONS** upon each party no later than **FOURTEEN (14) DAYS** after appearance of the party.

Respectfully submitted this 21th day of January, 2016.

/s/ Mark J. Criser
Mark J. Criser (Florida Bar No. 141496)
Matthew F. Hall (Florida Bar No. 92430)
Hill, Ward & Henderson, P.A.
101 E. Kennedy Boulevard, Suite 3700
Tampa, Florida 33602
Telephone No. (813) 221-3900
Facsimile No. (813) 221-2900
mark.criser@hwhlaw.com
tina.mcdonald@hwhlaw.com
matthew.hall@hwhlaw.com
debra.whitworth@hwhlaw.com
*Attorneys for Sherry A. Goldin, Guardian for Sally D. Motherway*

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document

---

[1] This action also includes seven appeals to the Rhode Island Superior Court:  Case Nos. WP-14-0303; WP-14-0299; WP-14-0506; WP-14-0509; WP-14-0891; WP-15-0583; and WP-15-0586.

is being served via transmission of Notices of Filing generated by CM/ECF to all counsel of record.

/s/  Mark J. Criser