UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SALLY D. MOTHERWAY,

    Plaintiff,

v.                                Case No: 2:15-cv-68-FtM-29CM

TEACHERS INSURANCE AND
ANNUITY ASSOCIATION OF
AMERICA - COLLEGE
RETIREMENT AND EQUITIES
FUND INDIVIDUAL &
INSTITUTIONAL SERVICES,
LLC,

    Defendant.

## ORDER

This matter comes before the Court upon review of Cross-Defendant Mavis Motherway's Motion to Seal Exhibit and Leave to Replace Confidential Exhibit (Doc. 126) filed on August 18, 2017. The Court has reviewed the Motion and finds good cause to grant the motion.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Motion to Seal Exhibit and Leave to Replace Confidential Exhibit (Doc. 126) is **GRANTED**.

2. The Court directs the Clerk to file under seal Exhibit B to Doc. 125.

3. Cross-Defendant, Mavis Motherway, is granted leave to refile the redacted Exhibit B to Doc. 125.

**DONE** and **ORDERED** in Fort Myers, Florida on this 22nd day of August, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record